**KIMBALL JONES, ESQ.**
Nevada Bar No.: 12982
**JOSHUA P. BERRETT, ESQ.**
Nevada Bar No.: 12697
**BIGHORN LAW**
3675 W Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
Phone: (702) 333-1111
Email: Josh@Bighornlaw.com
Kimball@Bighornlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CODY WILLIAM CLARK,<br><br>　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOE OWNERS I-V, DOE DRIVERS I-V, ROE EMPLOYERS I-X, and ROE COMPANIES I-X,<br><br>　　Defendants. | Case No. 2:23-cv-01326-RBF-VCF<br><br>**STIPULATION AND (PROPOSED)**<br>**ORDER TO CONTINUE HEARING**<br><br>Hearing Date: April 19, 2024<br>Hearing Time: 2:00 p.m. |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, CODY WILLIAM CLARK ("Plaintiff"), by and through his counsel of record, Joshua P. Berrett, Esq. of BIGHORN LAW, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel of record, M. Caleb Meyer, Esq. and Renee M. Finch, Esq. of MESSNER REEVES, LLP, that the hearing regarding Defendant's [29] Motion to Quash and [31] Motion for Protective Order, currently scheduled for April 19, 2024 at 2:00 p.m., be continued to either May 3, 2024 at 2:00 p.m. or for a date and time agreeable with the Court.

…

…

**IT IS SO STIPULATED.**

DATED this 17th day of April, 2024.

**BIGHORN LAW**

*/s/ Joshua P. Berrett*
Kimball Jones, Esq.
Nevada Bar No.: 12982
Joshua P. Berrett, Esq.
Nevada Bar No.:12697
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
*Attorneys for Plaintiff*

DATED this 17th day of April, 2024.

**MESSNER REEVES LLP**

*/s/ Lawrence Balanovsky*
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Lawrence Balanovsky, Esq.
Nevada Bar No. 15010
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
Attorneys for Defendant
*State Farm Mutual*
*Automobile Insurance Company*

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE

Dated: 4/17/2024

**IT IS FURTHER ORDERED** that the hearing is continued to 5/21/2024 at 10:00 a.m.