M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail:     cmeyer@messner.com
            rfinch@messner.com
*Attorneys for Defendant*
*State Farm Mutual Automobile*
*Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CODY WILLIAM CLARK,<br><br>                    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY; DOE OWNERS I-V,<br>DOE DRIVERS I-V, ROE EMPLOYERS I-X,<br>and ROE CORPORATIONS I–X,<br><br>                    Defendants. | CASE NO: 2:23-cv-01326-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, through its counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff CODY WILLIAM CLARK, individually and by and through his counsel of record, KIMBALL JONES, ESQ. and JOSHUA P. BERRETT, ESQ. of BIGHORN LAW, that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, arising out of Case No. 2:23-cv-01326-RFB-BNW, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

///

///

IT IS FURTHER STIPULATED that no trial is currently scheduled.

Dated this 1st day of August 2024.

**MESSNER REEVES, LLP**

_/s/ Renee M. Finch_
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
8945 W. Russell Rd., Ste. 300
Las Vegas, NV 89148
*Attorneys for Defendant*

Dated this 1st day of August 2024.

**BIGHORN LAW**

_/s/  Joshua P. Barrett_
Kimball Jones, Esq.
Nevada Bar No.: 12982
Joshua P. Berrett, Esq.
Nevada Bar No.:12697
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
United States District Court Judge

**DATED:** September 29, 2024**.**

**Rebecca Bolanos**

---

**From:** Joshua P. Berrett, Esq. <josh@bighornlaw.com>
**Sent:** Thursday, August 1, 2024 10:10 AM
**To:** Rebecca Bolanos
**Cc:** Rebecca Reyes; Peggy Dale; Kim Shonfeld; Michelle Ordway; Jaclyn Kliewer; Renee Finch
**Subject:** Re: [External] Cody Clark - Release Revisions & Settlement Check

## [ EXTERNAL EMAIL ]

You have permission to affix my e-signature and file the SAO for Dismissal.

Thank you,




**Joshua P. Berrett, Esq.**
Partner | Attorney

Tel:     (702) 333-1111 Ext. 142
Fax:     (702) 507-0092
Email: josh@bighornlaw.com
Web:   bighornlaw.com




This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Bighorn Law, and is not to be considered legal advice.

On Thu, Aug 1, 2024 at 9:03 AM Rebecca Bolanos <RBolanos@messner.com> wrote:

Hi Rebecca,


The check exchange has been completed.  Attached please find the SAO for review and approval.